In the Matter of the Will of JUSTUS G. DETTMER, Deceased.

EMPIRE TRUST COMPANY, as Executor of CAROLYN D. WOOD, Deceased, Appellant.

NATIONAL CITY BANK OF NEW YORK, as Executor of JUSTUS G. DETTMER, Deceased, et al., Respondents.

Argued February 24, 1942; decided July 29, 1942.

*Aaron Frank* for appellant.

*Thomas A. Sully* for Mary Vogelsang, respondent.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.